## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

NR86, INC.,                                              Civil No. 11-1550 (JRT/FLN)

                      Plaintiff,

v.                                                       **ORDER ADOPTING REPORT
                                                             AND RECOMMENDATION**

K.N. HITECHCO., LTD.,

                      Defendant,
_____

      Scott Lundquist, **LUNDQUIST LAW OFFICES**, 400 South Fourth Street, Suite 510, Minneapolis, MN 55415, for plaintiff.

      Barton Gernander, **PATRICK BURNS & ASSOCIATES**, 8401 Wayzata Boulevard, Suite 300, Minneapolis, MN 55426, for defendant.

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated July 8, 2011 [Docket No. 31]. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's motion for prejudgment garnishment [Docket No. 11] is DENIED.

DATED: July 26, 2011
at Minneapolis, Minnesota                                     ____ s/ John R. Tunheim _____
                                                                 JOHN R. TUNHEIM
                                                          United States District Judge