# LUNDQUIST LAW OFFICES

| | | |
|---|---|---|
| MARVIN E. LUNDQUIST<br>(1917-1986)<br>TODD S. LUNDQUIST<br>SCOTT B. LUNDQUIST | ATTORNEYS AT LAW<br>510 GRAIN EXCHANGE BUILDING<br>400 S FOURTH STREET<br>MINNEAPOLIS, MINNESOTA 55415<br><br>(612) 332-0351<br>Fax (612) 342-2399<br><br>Reply to Minneapolis | 1019 S FRONT STREET<br>PO BOX 3046<br>MANKATO, MN 56002<br>(507) 387-5297 |

September 30, 2011

The Honorable Franklin L. Noel
Magistrate Judge of U.S. District Court
300 S Fourth Street, Suite 9W
Minneapolis, MN 55415

RE: NR86, Inc., v. K.N. Hitechco, Ltd, et al
     Case No.: 11-CV-01550
     Our File No: 1752

Dear Judge Noel:

Since defendant has agreed to stipulate to the filing and service of the amended complaint, I hereby request that the motion scheduled for October 3, 2011 be cancelled. We have forwarded a proposed order and filed the stipulation accordingly.

Thank you for your consideration.

                          Respectfully yours,

                          Scott B. Lundquist

SBL:jal